IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JEREMY ROBERTSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 1:15-cv-001972-RWS-WEJ |
| PINNACLE ASSET | ) |
| MANAGEMENT GROUP, LLC, | ) |
| and RODERICK V. BALL, SR., | ) |
| | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice as to all Defendants without fees or costs assessed to any party.

Dated: August 17, 2015.

Respectfully Submitted,

/s/Craig J. Ehrlich
Craig J. Ehrlich
The Law Office of Craig J. Ehrlich, LLC
2300 Henderson Mill Road, Suite 300
Atlanta, Georgia 30345
Tel:  (404) 365-4460
Fax:  (855) 415-2480
craig@ehrlichlawoffice.com

/s/Robert D. Schwartz
Robert D. Schwartz
Georgia Bar No. 631159
87 Vickery Street
Roswell, Georgia 30075
Tel:  (770) 993-1005
Fax:  (770) 993-9672
BobSchwartzLaw@aol.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2015, I electronically filed the foregoing Stipulation for Dismissal with the Clerk of District Court, Northern District of Georgia via the Court Clerk's CM/ECF system, resulting in a true and correct copy being served upon the following:

Robert D. Schwartz
87 Vickery Street
Roswell, Georgia 30075
BobSchwartzLaw@aol.com

/s/Craig J. Ehrlich
Craig J. Ehrlich

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 5.1

The undersigned hereby certifies that the foregoing document has been prepared in accordance with the font type and margin requirements of Local Rule 5.1 of the Northern District of Georgia, using a font type of Time New Roman and a point size of 14.

/s/Craig J. Ehrlich
Craig J. Ehrlich